IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACKERY J. ASKINS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-25-1049-SLP |
| GEICO INSURANCE AGENCY, | ) ) ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Zackery J. Askin's one-page "Request for Discovery." [Doc. No. 9]. Upon review, Plaintiff's filing is not in compliance with the Federal Rules of Civil Procedure or this Court's Local Rules. *See e.g.*, Fed. R. Civ. P. 5(d)(1); Fed. R. Civ. P. 26(d)(1) ("[A] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."). Further, Plaintiff has not yet paid the filing fee in this matter, as ordered by the Court. Order, [Doc. No. 8]. Accordingly, Plaintiff's filing is STRICKEN.

Plaintiff is cautioned that any future filings must comply with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, or else they may be stricken. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) ("[P]ro se parties [must] follow the same rules of procedure that govern other litigants," including the Federal Rules of Civil Procedure and the Local Civil Rules of this Court (which are available on the Court's website)).

IT IS THEREFORE ORDERED that Plaintiff's Request for Discovery [Doc. No. 9] is STRICKEN.

IT IS SO ORDERED this 13th day of November, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE